November 10, 2023.                                    1                          Case : 12-21-00241-CV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 2 0 2023
BY
DEPUTY_____

|  |  |  |
|--|--|--|
| Author James Manning, Jr. | § | Case: 12-21-00241-CV |
| vs | § | 6:23-CV-578 |
| Longview Social Security Office | § | |

### 1. PETITION TO FILE A FEDERAL CASE

__Case Number: 2022-1091-CCL2 Case Style: AUTHOR MANNING, JR VS THE LONGVIEW SOCIAL SECURITY OFFICE, __Gregg County Court At Law No. 2 Located in Longview Texas, And __Twelfth Court of Appeals Case Number 12-21-00241-CV ___ A Federal Case is filed by the Plaintiff the date: The 16th of November, 2023, A Federal Case is filed For Reason: The Lawsuit is the **Jurisdiction** of the United States District Court, Eastern District of Texas, Tyler Division, __The case involves Federal Funding, __The case involves Direct seizure and Execution of Seizure of money from the Defendant in the amount ruled by the Judge from the order Signed Order of the original trial court. ___The Defendant is affiliated with a State or Federal Agency.

The case is Motioned Transferred from the Twelfth Court Of Appeals, To The Eastern District Court, The Lawsuit is Serviced by Certified Mail.

### 2. MOTION EXECUTION OF SEIZURE

Motion to Execute Seizure in the Amount Ordered by the Court is Filed by the Plaintiff, Motion Execution of Seizure in the amount of $6,000 is Motioned.

### 3. ORDER EXECUTION OF SEIZURE

Order Execution of Seizure of money owed to the Plaintiff, in the amount of  $6,000   is filed on the 16th day of November, 2023

The Defendants Address is 611 Clinic Dr, Longview TX, 75601,

### 4. MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION TO FREEZE THE DEFENDANT'S ASSETS

A Temporary Restraining Order and Order to Freeze the Assets of the Said Defendants of the said case and case number of the Lawsuits listed. Motion to Freeze the Defendants Assets in the amount $250,000 The amount of Relief Petitioned by the Plaintiff, Motion to Freeze the Defendant's Assets is filed the date: November 16, 2023 by the Plaintiff.

November 10, 2023.                             3                          Case : 12-21-00241-CV

Signed by Author Manning II

Legalknights55@gmail.com

9798 Co Rd 165 North

Overton , Tx, 75684